# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### SECOND AMENDED COMPLAINT

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Marquze D Williams ,

Inmate ID Number: Q25774 ,

*(Write your full name and inmate ID number.)*

**v.**

WARDEN CENTURY ,

CORRECTIONAL INSTITUTION

et al.. ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**SECOND AMENDED COMPLAINT**

**Case No.:** 3:25-cv-01414-AW-HTC
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES** ☐ **NO**

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 10·13 SL
FOR MAILING
MW



# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Marquze WilliaMS    ID Number: Q25774

List all other names by which you have been known: N A

Current Institution: Apalachee Correctional Institution

Address: 52 West unit Drive

Sneads Florida 32460-4162

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: John Doe

Official Position: The Warden

Employed at: Century correctional Institution

Mailing Address: 400 Tedder rd

Century FL, 32535

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _Jane Doe_

   Official Position: _Assistant Warden_

   Employed at: _Century Correctional Institution_

   Mailing Address: _400 Tedder road_

   _Century FL 32535_

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: _John Doe_

   Official Position: _Duty Warden_

   Employed at: _Century Correctional Institution_

   Mailing Address: _400 Tedder road_

   _Century FL 32535_

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Defendant's name: Century Correctional Institution

official position:

Employed at : Century Correction Institution

mailing address: 400 Tedder rd
Century FL, 32535

Sued in individual Capacity ☐        Sued in official Capacity ☑


Defendant's name: Century FL

official position : MuNICIPALITY

Employed at : Century Board of commision

mailing adress : 7995 North century BLVD
Century, FL 32535

Sued in individual capacity ☐ Sued in official Capacity ☑

Created by devise. Look out for my other resources on Tes.

3(B)

Are you bringing suit against (*check all that apply*):

□ Federal Officials (*Bivens case*)      ☑ State/Local Officials (*§ 1983 case*)

## III.  PRISONER STATUS

Indicate your confined status:

□  Pretrial Detainee              □ Civilly Committed Detainee

☑ Convicted State Prisoner      □ Convicted Federal Prisoner

□  Immigration Detainee         □ Other (*explain below*):

_____

_____

## IV.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

1. on october 22, 2024 approximately around the time frame of 5:20 to 6:10 chow was called in Bravo 2. where I. was housed, As I walked down the walk-way between Alpha and bravo dorm I was Suddenly attacked and assaulted by an inmate with a knife "AKA" Shank.

2. I was Stabbed once in the back, once in the Shoulder when I blocked my neck, which Scratched the Side of my neck, and in the back of my neck wich left a deep gash. The assaultant Fled, and I walked 7 Spots down and hid myself by blending in with the crowd until Security walked on the yard.

3. I asked the inmate beside me (is it bad), he stated your Shoulder is bleeding and the cut on your

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

**Statement of Facts Continued** (*Page____of____*)

neck is deep. After being escorted to the infirmary and receiving stitches and treatment for my wounds Sgt Adkison walked in the room and phisically presented the weapon infront of me, the nurses, and the Captain wich was a knife AKA Shank well over 10 inches, and Very Rusty.

4  From the infirmary I was escorted to confinement and house in V1108 up, and remained there for 14 days, during this time I received no wound care. Causing the back of my neck to become infected, I asked one officer doesnt the nurse have a task Sheet too keep up with these thing he Stated you'll be gone Soon. This was cruel and unusual punishment prohibited by the eighth Amendment and constitutes the unnecessary Wanton infliction of pain.

5. Many prior stabbings have been carried out in this same area where I was assaulted. They always use the chowline for assaults, therefor making Warden John Doe, Assistant warden Jane doe, and the Duity Warden John Doe well aware of an excessive risk to safety of the inmate population "extreme" prison conditions existed that posed an unreasonable risk of serious damage to prisoners health and safety.

6. After reflecting back on my memories of being housed at Century C.I I realized I was in a well oiled machine that was powered by inmate and staff violence at least 6 to 13 people were being stabbed a week. There was always new and old blood stains on the pavement, violence and terror and serious inmate on inmate violence reigns at Century C.I

7. There was a custom and longstanding patter practiced at century C.I of insufficient and inadequate staffing causing there to be a casual connection between the actions of Warden John doe, Assistant Warden Jane doe, and the Duty Warden, and the constitutional violation This was the moving force behind the constitutional deprivations

8. As a result of the collective actions and breach of duties I was phisically stabbed multiple time in my neck, arm, and back wich has left permanent disfigurements to my body I have exsperienced a great deal of mental and emotional anguish do to this assault, nightmares of the stabbing wich has caused me to wake up startled with a racing heart beat.

6(D)

9. In September 2024 at ICI, I told the Assistant Warden I do not wanna be in (D dorm) it's a dangerous dorm. I was sent here for carpentry, I would like to stay in the pride dorm. Her statement was sign up for re'entry we just started it, as soon as you get back put a request in.

10. Warden John doe, Assistant Warden Jane Doe and the Duty Warden collectively failed to establish a policy protective of My Eighth Amendment Rights to be housed in a safe enviroment; as a result I was assaulted on my way to the chow hall.

11. Warden John doe, Assistant warden Jane doe, And the duty Warden collectively acted with deliberate indifference towards the safety of human life by having received prior substantial notice of a staffing deficiency wich caused serious security risks and knowingly failing to remedy the deficiency that they had control over in breach of their administrative duties.

12. Warden John doe, Assistant Warden Jane doe, and duty Warden John doe owed a Fiduciary duty to ensure that century C.I was sufficiently and adequately staffed and knowingly breached their duty and as a result of their actions their was a security risk and safety risk that caused my stabbing to be more likely to happen there is a casual connection between the action of these defendants and the constitutional violation.

6(C)

Warden John doe, Assistant Warden Jane doe, and Duty Warden John doe Collectively Failed to ensure that a policy protective of my Eighth Amendment rights to safety was applied during the feeding of every meal causing there to be a casual connection between the action of these defendants and the constitutional deprivation.

Warden John doe, Assistant warden Jane doe and Duty Warden John doe were acting under the color of state law and subjected me to a deprivation of my Rights privileges and immunities secured by the constitution and laws of the united States of america.

At all times relevant, (Defendant Century FL) was and is a political Subdivision duly incorporated under the laws of the State of Florida, and it is the body responsible for the control and oversight of its departments, agencies, and facilities, including the operation and Staffing of Century Correctional Institution, with said operation and Staffing including the organization, training, operation, and discipline of Staff Correctional officers medical personnel at that facility, including the individual Defendants.

At all time relevant Defendant Century Correctional Institution was and is a political Subdivision duly incoporated under the laws of the State of FLORIDA, and it is the body responsible for the control and oversight of its department agencies, and facilities, including the operation and Staffing including the organization, training, operation, and discipline of Staff correctional officers a medical personnel at that facility, including the individual Defendants.

6(D)

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Warden John doe, Assistant warden (Jane doe) and the Duty Warden John doe acted with diliberate indifference and reckless disregard for inmate Safety by failing to remedy a known systematic staffing deficiency in violation of the Eighth and Fourteenth Amendment.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Im Seeking Compensator damages in the amount of $275,000.00. Im Seeking Compensatory damages Jointly and Severally in the amount of $275,000.00. Im also Seeking to be rewarded attorney fees and the cost of litigation fees.....

2. Warden John doe, Assitant Warden Jane doe and duty Warden Johnz doe acted with deliberate indifference, and reckless disregard for inmate Safety by failing to apply a policy protective of the Eighth Amendment rights to Safety, and all time herein, was acting under the color of State law and is being Sued in their individual Capacity.

3. There was a Custom and longstanding pattern practiced at Century C.I of insufficient and inadequate Staffing Causing there to be a casual connection between the actions of the wardens, Warden John doe, Assistant Warden Jane doe, and duty Warden John doe and the Constitutional Violation, this was the moving Force behind the Constitutional deprivations. As the century C.I Wardens they exercised administrative, command, fiscal and policy making authority over century Correctional Institution, and at all times herein, was acting under the color of State law and is being Sued in their individual Capacity.

4. At all times relevant Defendant (Century, FL) was and is a political Subdivision duly incorporated under the laws of the State of Florida, and it is the body responsible for the Control and oversight of its departments, agencies facilities, including the operation and Staffing of Century C.I, With Said operation and Staffing including Correctional officers organization, training, operation and discipline, medical personnel at that facility including the individual Defendants. Century FL acted under the Color of State Law and is being Sued in official Capacity.

7 (B)

At all time relevant (Defendant (Century Correctional Institution) was and is a political Subdivision duly incorporated under the laws of the State of florida and it is the body responsible for the Control and oversight of its departments, and including the operation and Staffing of Century C.I with said operation a Staffing including the organization, training, operation and discipline of Staff correctional officer and medical personnel at that facility including the individual defendants (Century Correctional Institution) acted under the color of State law and is being Sued in their official Capacity.

6. At all time relevant (Defendant Warden John doe, Assistant Warden Jane doe and Duty warden John doe) at all time relevant was a policy maker for century C.I and represented the ultimate Corrections power in the C.C.I. The wardens were responsible for the Supervision and oversight of C.C.I Security Staff. These Warden's exercised administrative Command, fiscal and policy making authority of the Century C.I Security Staff and at all times herein, was acting under the Color of State law and is being Sued in his individual Capacity.

The act Set forth in this complaint arise under Section 1 of the Civil Rights Act of 1871, 17 Stat. 13 42 U.S.C. Sec 1983 in the Eighth and Fourteenth Amendments to the united States Constitution, unless the cause of action indicates that it arises under the laws of the State of Florida, in wich case the Court has Supplemental or pendent Juridiction.

The amount in controversy exceds $275,000.00 exclusive of interest, costs and fees.

7(C)

## VII.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.    PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____Case #: _____

   Court: _____

   Reason: _____

2. Date:_____Case #: _____

   Court: _____

   Reason: _____

3. Date:_____Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits or appeals in ***state or federal court*** dealing

with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1.  Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

2.  Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

    *(If necessary, list additional cases on an attached page)*

C.  Have you filed any other lawsuit, habeas corpus petition, or appeal in

***state or federal court*** either challenging your conviction or  relating to

the conditions of your confinement?.

☐ YES  ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 10-3-25 Plaintiff's Signature: _Marqze Williams_

Printed Name of Plaintiff: _Marquze D Williams_

Correctional Institution: _Aplachee Correctional Institution_

Address: _52 West unit Drive_

_Sneads Florida 32460-4162_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) □ delivered to prison officials for mailing or □ deposited in the prison's mail system for mailing on the 3 day of 10 , 2025 .**

Signature of Incarcerated Plaintiff: _Marqze Williams_

Marquze Williams Q25774

Aplachee Correctiona Institution

52 West unit Drive

Shleads FL 32460-4162

MAILED FROM STATE
CORRECTIONAL INSTITUTION

FIRST-CLASS

US POSTAGE IMPITN

ZIP 32460 $ 002
02 7W
0008033454 OCT. 0



uniTed States DistricT court

JudGe Hope THAI CaNNoN

1 NorTh palaFox Street

PenSaCola FL, 32502

OCT 8 O 2025

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 10 | 3 SC
FOR MAILING

MW