IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARQUZE D. WILLIAMS,**

    **Plaintiff,**

v.                                               Case No. 3:25-cv-1414-AW-HTC

**WARDEN, CENTURY**
**CORRECTIONAL INSTITUTION,**
**et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Marqueze Williams filed a § 1983 Eighth Amendment claim, alleging prison official and others failed to protect him from another inmate's attack. The magistrate judge issued a report and recommendation concluding the court should dismiss for failure to state a claim. ECF No. 14. Williams has filed no objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed on the merits pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on December 15, 2025.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge